IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 17-433 |
| | : |
| TYLER ELLIS | : |

## **ORDER**

**AND NOW**, this 10th day of May, 2021, it is hereby **ORDERED** that the appointment of Gavin Holihan, Esquire in the above captioned matter is effective as of January 5, 2021.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.